# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131319

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTOINE JUARDINE OWENS,
      Defendant-Appellant.

SC: 131319
COA: 268739
Ingham CC: 05-000809-FH

_____/

On order of the Court, the application for leave to appeal the April 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

Kelly, J., would grant leave to appeal for the reasons in her dissenting statement in *People v Conway*, 474 Mich 1140 (2004).



s0821

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk